**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Anna Viktorovna Ivleva, )
)
     Petitioner, )    CV 08-1506-PHX-PGR (JRI)
)
v. )    **ORDER**
)
Katrina Kane, )
)
     Respondent. )

    The Court having reviewed *de novo* the Report and Recommendation of Magistrate Judge Irwin and no party having filed any objection to the Report and Recommendation,

    IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation **(Doc. 12)** is **ACCEPTED** and **ADOPTED** by the Court.[1]

    IT IS FURTHER ORDERED that petitioner's Petition for Writ of Habeas Corpus **(Doc. 1)** is **DENIED** and **DISMISSED** without prejudice for failure to prosecute.

    DATED this 4th day of January, 2009.

_____
Paul G. Rosenblatt
United States District Judge

---

[1] The Magistrate Judge found that Petitioner received adequate warning of the consequences of failing to keep the Court apprised of her address. Petitioner's failure to keep the Court informed of her new address constitutes failure to prosecute. Link v. Wabash R. Co., 370 U.S. 626, 630-631 (1962). Magistrate Judge Irwin determined that in light of Petitioner's refusal to respond to the Court, less onerous sanctions would be ineffective; however, a dismissal with prejudice would be unnecessarily harsh. This Court agrees.